IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IMMORAL PRODUCTIONS, LLC ) | *So Ordered.* |
| ) | |
| *Plaintiff,* ) | [signature] |
| ) | |
| v. ) | Case No. 4:12-CV-01749  5/15/13 |
| ) | |
| DOES 1-29. ) | **JURY TRIAL DEMANDED** |
| ) | |
| *Defendants.* ) | |

### DISMISSAL OF DOE NOS. 1-3, 6-9, 11-13, 15-18 AND 20-29 PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Doe Numbers 1-3, 6-9, 11-13, 15-18 and 20-29. The Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate.

After this dismissal no Defendants will remain in this action, therefore this notice of dismissal resolves this action.

Dated: May 13, 2013

Respectfully submitted,
IMMORAL PRODUCTIONS, LLC

By its attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

By: /s/ Paul A. Lesko
Paul A. Lesko – E.D. Mo. Bar No. 51914
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com
Attorney for Immoral Productions, LLC

1